**Electronically Filed**
**Supreme Court**
**SCWC-15-0000439**
**01-MAR-2017**
**12:58 PM**

SCWC-15-0000439

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Petitioner/Plaintiff-Appellee,

vs.

LAWRENCE L. BRUCE,
Respondent/Defendant-Appellant,

and

JUSTIN MCKINLEY,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000439; CR. NO. 14-1-0987)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellee's Application for Writ of Certiorari filed on January 17, 2017, is hereby accepted and will be scheduled for oral argument.

DATED: Honolulu, Hawai'i, March 1, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

